KATE B. PRIME, *et vir,* and CITY OF SARASOTA, v. A. V. M. JOHNSON, *et vir.*

167 So. 927.
Opinion Filed April 23, 1936.

*Stephen B. Jennings* and *Williams & Dart,* for Appellants.

*John L. Early,* for Appellees.

PER CURIAM.—The order and decree appealed from in this case must be affirmed upon the authority of the opinion and judgment of affirmance in the case of City of Sarasota v. A. V. M. Johnson, *et ux.,* handed down on March 30, 1936.

Affirmed.

WHITFIELD, C. J., and ELLIS, TERRELL, BROWN, BUFORD, and DAVIS, J. J., concur.